## CANTON IMPLEMENT CO v RAUH

Ohio Appeals, 5th Dist, Stark Co
Decided Oct. 17, 1930

For full opinion see 175 NE 230; 37 Oh Ap 544 (Oh Bar 4-28-31).